**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:15CR199** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **BRANDON HAMLING,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Brandon Hamling (Hamling) to compel disclosure of confidential informant and request for a hearing (Filing No. 30). The government has filed a response (Filing No. 32) as amended (Filing No. 34) stating it will disclose to the defendant the identities of the confidential informants ten days prior to trial. The government's position appears appropriate. Accordingly, the government shall disclose the identities of the confidential informants ***ten working days before trial***. As such, Hamling's motion (Filing No. 30) is denied as moot as well as his request for a hearing.

**IT IS SO ORDERED.**

DATED this 15th day of December, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge