IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR199 |
| vs. | |
| BRANDON HAMLING, | ORDER |
| Defendant. | |

This matter is before the court on the defendant's Motion to Extend Voluntary Surrender Date ([Filing No. 53](#)). After considering the matter, the court will grant the motion.

IT IS ORDERED that the defendant's motion is granted, and the defendant's self-surrender date is continued to **on or before June 30, 2016.**

Dated this 17th day of June, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge